# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTEN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **MICHAEL P. DAVIS,** | * | |
| | * | |
| **on behalf of himself and all others similarly situated,** | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | Case No. 1:13-cv-947 TSE/IDD |
| | * | |
| **TERMINIX INTERNATIONAL COMPANY, L.P.,** | * | |
| | * | |
| DEFENDANT. | * | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of this action **without prejudice**. As represented by the signatures of counsel below, this stipulation is signed by all parties who have appeared.

Dated: September 13, 2013        Respectfully submitted,

/s/ Gregg C. Greenberg
_____
Gregg C. Greenberg, VA Bar No. 79610
The Zipin Law Firm
836 Bonifant Street
Silver Springs, Maryland 20910
Phone: (301) 587-9373
Fax: (301) 587-9397
Email: ggreenberg@zipinlaw.com

1

/s/ Lindsey H. McGinnis
Lindsey H. McGinnis (Va. Bar No. 68423)
Counsel for Defendant
Littler Mendelson, P.C.
1650 Tysons Boulevard
Suite 700
McLean, VA  22102
703.442.8425 Telephone
703.442.8428 Fax
lmcginnis@littler.com

Paul E. Prather (Tenn. Bar No. 10089)
   *Admitted Pro Hac Vice*
Steven W. Likens (Tenn. Bar No. 13311)
   *Admitted Pro Hac Vice*
Littler Mendelson, P.C.
1325 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
901.795.6695 Telephone
901.795.1646 Fax
pprather@littler.com
slikens@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on this 13th day of September 2013, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lindsey H. McGinnis (Va. Bar No. 68423)
Counsel for Defendant
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard
Suite 700
McLean, Virginia  22102
703.442.8425 Telephone
703.442.8428 Fax
lmcginnis@littler.com

s/ Gregg C. Greenberg